# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew Travis Houston, | Case No. 2:22-cv-01780-ART-DJA |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| Calvin Johnson, et al., | |
| Defendants. | |

Plaintiff initially filed an application to proceed *in forma pauperis* that contained the following deficiencies: (1) it was on the wrong form; (2) it was intended for a different court; (3) it was incomplete; and (4) it did not attach a complaint. (ECF No. 1). The Court thus denied Plaintiff's application and ordered him to file a corrected application attaching a complaint on or before November 28, 2022. (ECF No. 3). It warned that failure to comply with the order would result in a recommendation to the district judge that the action be dismissed. (*Id.*).

Plaintiff missed his deadline to file a corrected application. On January 5, 2023, he filed an application to proceed *in forma pauperis*. (ECF No. 4). Plaintiff also filed a complaint. (ECF No. 5). But Plaintiff's complaint is nearly impossible to decipher. He names multiple defendants and alludes to a conspiracy against him which he appears to allege resulted in his imprisonment. The remainder of his complaint includes disjointed pages that include a dream journal and excerpts from a magazine. Plaintiff has failed to comply with the Court's previous order by filing his application late. His complaint also includes delusional allegations.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) be **DENIED** and this case be **DISMISSED**.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 17, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE