1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5                                * * *

6    MATTHEW TRAVIS HOUSTON,            Case No. 2:22-cv-001780-ART-DJA

7                          Plaintiff,        ORDER

          v.
8
     CALVIN JOHNSON, et al.,
9
                         Defendants.
10

11        *Pro se* Plaintiff Matthew Houston ("Houston") brings this action suing

12   multiple defendants for what appears to be a conspiracy that may have resulted

13   in his imprisonment. Before the Court is the Report and Recommendation ("R&R"

14   or "Recommendation") of United States Magistrate Judge Daniel Albregts (ECF

15   No. 8), recommending that this action be dismissed and Houston's application

16   to proceed *in forma pauperis* ("IFP") (ECF No. 4) be denied. For the reasons

17   explained below the Court adopts the R&R.

18        Plaintiff initially filed an application to proceed IFP that contained the

19   following deficiencies: (1) it was on the wrong form; (2) it was intended for a

20   different court; (3) it was incomplete; and (4) it did not attach a complaint. (ECF

21   No. 1). The Court thus denied Plaintiff's application and ordered him to file a

22   corrected application attaching a complaint on or before November 28, 2022.

23   (ECF No. 3). It warned that failure to comply with the order would result in a

24   recommendation to the district judge that the action be dismissed. (*Id.*). Plaintiff

25   missed his deadline to file a corrected application. On January 5, 2023, he filed

26   an application to proceed IFP. (ECF No. 4). Plaintiff also filed a complaint. (ECF

27   No. 5). But Plaintiff's complaint is nearly impossible to decipher. He names

28   multiple defendants and alludes to a conspiracy against him which he appears

1    to allege resulted in his imprisonment. The remainder of his complaint includes

2    disjointed pages that include a dream journal and excerpts from a magazine.

3    Plaintiff has failed to comply with the Court's previous order by filing his

4    application late. His complaint also includes delusional allegations.

5            Based on the aforementioned reasons, Judge Albregts recommended

6    dismissal of the case and denial of the IFP application. Houston subsequently

7    filed an objection (ECF No. 10) and four other motions (ECF Nos. 11; 12; 13 and

8    14) asking for, inter alia recusal of Judge Albregts. The objections and motions

9    themselves are generally disjointed and fantastical.

10           The Court "may accept, reject, or modify, in whole or in part, the findings

11   or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where

12   a party fails to object to a magistrate judge's recommendation, the Court is not

13   required to conduct "any review at all . . . of any issue that is not the subject of

14   an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v.*

15   *Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the

16   magistrate judges' findings and recommendations is required if, but *only* if, one

17   or both parties file objections to the findings and recommendations.")(emphasis

18   in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that

19   the Court "need only satisfy itself that there is no clear error on the face of the

20   record in order to accept the recommendation.").

21           Houston filed an objection but functionally the R&R is unobjected to. The

22   objection    and    the    motions    viewed    in    isolation    or    collectively    are

23   incomprehensible and do not articulate a basis to reject the R&R. Because there

24   is functionally no objection, the Court need not conduct de novo review, and is

25   satisfied Judge Albregts did not clearly err. The Court would reach the same

26   conclusion under any standard of review. Having reviewed the R&R and the

27   record in this case, the Court will adopt the R&R in full.

28

1   IT IS THEREFORE ORDERED that Judge Albregts Report and

2   Recommendation (ECF No. 8) is ACCEPTED AND ADOPTED IN FULL;

3   IT IS FURTHER ORDERED that Plaintiff's action is DISMISSED WITHOUT

4   PREJUDICE;

5   IT IS FURTHER ORDERED that Plaintiff's motion to proceed *in forma*

6   *pauperis* is DENIED AS MOOT;

7   IT IS FURTHER ORDERED that Plaintiff's motions (ECF Nos. 11; 12; 13

8   and 14) are DENIED AS MOOT;

9   IT IS FURTHER ORDERED that the Clerk of Court ENTER JUDGMENT

10  accordingly and CLOSE this case.

11

12  DATED THIS 2nd Day of March 2023.

13

14

15  ANNE R. TRAUM
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28